AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund, et al.

V.

Professional Development Incorporated

CASE NUMBER: **07 C 7141**

ASSIGNED JUDGE: **JUDGE PALLMEYER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Professional Development Incorporated
c/o Michael Hansen, Registered Agent
320 Waterstone Way, Suite 200
Joliet, IL  60431

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois  60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**December 20, 2007**
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date             *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **ClientCaseID:** SHEILA<br>**Law Firm ID:** MCJESSY | <br>*172330A* | **CaseReturnDate:** 1/9/08<br>Affidavit of Special Process Server |

# UNITED STATES DISTRICT COURT

Case Number **07C7141**

I, **MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **PROFESSIONAL DEVELOPMENT INCORPORATED**
PERSON SERVED **PAT FITZGERALD (LEGAL ASSISTANT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/28/07**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE   **Race** WHITE   **Age** 50
**Height** 5'5"   **Build** THIN   **Hair** BROWN

LOCATION OF SERVICE   **320 WATERSTONE WAY 200**
                     **JOLIET, IL, 60431**

Date Of Service **12/28/07**   Time of Service **12:10 PM**

MICHAEL P. FEEHAN   12/30/2007
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.