UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND and its Trustees RICHARD A. BAGGIO, ROGER A. MONACO, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER, ROBERT QUANSTROM, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND anid its Trustees RICHARD A. BAGGIO, ROGER A. MONACO, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT QUANSTROM, THOMAS S. RAKOW, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINING PROGRAM and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS, JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L. LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J. DAVID PEPPER, JAMES A. SIKICH and MARTIN.C.UMLAUF; and LABOR MANAGEMENT UNION CARPENTRY COOPERATION PROMOTION FUND and its Trustees RICHARD A BAGGIO, KENNETH BORG, JOSEPH FELDNER, J DAVID PEPPER, and MARTIN C. UMLAUF,

   Plaintiffs,

  v.

PROFESSIONAL DEVELOPMENT INCORPORATED, an Illinois corporation,

   Defendant.

Case No. 07 C 7141
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

FILED
1-17-2008
JAN 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

1. Professional Development Incorporated is not a publicly held or traded corporation.
2. Professional Development Incorporated has no subsidiaries.
3. Professional Development Incorporated is not a subsidiary of any parent corporation.
4. No entity owning more than ten percent (10%) of Professional Development Incorporated is a publicly traded corporation.

                                        Respectfully submitted,

                                        */s/ John E. Newton*

                                        One of the attorneys for Defendant,
                                        Professional Development Incorporated

John E. Newton
Michael W. Hansen
MICHAEL W. HANSEN, P.C.
320 Waterstone Way, Ste. 200
Joliet, IL 60431
(815) 744-9500
No. 6275594
No. 6229244