UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS PENSION FUND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 7141 |
| v. | ) | |
| | ) | Judge Pallmeyer |
| PROFESSIONAL DEVELOPMENT | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES PLANNING MEETING

1.      Meeting held on February 7, 2008.  On behalf of the Plaintiffs Chicago Regional Council of Carpenters Pension Fund et al. Kevin McJessy of McJessy, Ching & Thompson, LLC, 3759 N. Ravenswood, Suite 231, Chicago, Illinois 60613.  On behalf of Defendant Professional Development Incorporated by John Newton, Michael W. Hanson, PC, 320 Waterstone Way, Suite 200,  Joliet, IL 60431.

2.      Pretrial Schedule.

a) **Subject of Discovery.**  Since the filing of the lawsuit, Defendant has submitted to an audit of its books and records in order for the Plaintiffs' auditors to complete a payroll fringe benefit compliance audit.  Not all records have been produced.  Upon completion of audit, the parties will know the extent of discovery needed to establish contributions owed, if any, for the work performed by bargaining unit employees.

b) **Rule 26(a)(1) Disclosure Date.**  Rule 26(a)(1) Disclosures Completed by March 7, 2008.

c) **Number of Depositions.**  Unknown.  Reference paragraph 2(a).

d) **Reports by Retained Experts Date.**  The audit report will be completed upon production of records by Defendants and the audit report will serve as Plaintiffs' expert report.  Any other expert reports shall be disclosed by July 18, 2008.

e) **Amendment of Pleadings.**  The parties should be allowed ninety (90) days to amend the complaint or to add additional parties.

f) **Dispositive Motion Date.**  All potentially dispositive motions shall be filed by August 15, 2008.

g) **Final Pretrial Order.**  Final pretrial order shall be filed by September 19, 2008.

h) **Trial.**  This case should be ready for trial by September 19, 2008.  It is expected that the trial will take two to three days.

3.        The parties are unable to discuss settlement until the audit is completed.

4.        The parties do not unanimously consent to proceed before the Magistrate.


On behalf of the Chicago Regional Council of        On behalf of Defendant Professional
Carpenters Pension Fund et al.                       Development Incorporated,


/s/ Kevin McJessy                                     /s/ John Newton
Kevin McJessy                                         John Newton

McJessy, Ching & Thompson, LLC                        Michael W. Hanson, PC
3759 N. Ravenswood, Suite 231                         320 Waterstone Way, Suite 200
Chicago, Illinois 60613                               Joliet, IL 60431
(773) 880-1260                                        (815) 744-9500