**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Chicago Regional Council of Carpenters
Pension Fund, et al.

                                                Plaintiff,

v.                                                   Case No.: 1:07−cv−07141

                                                     Honorable Rebecca R. Pallmeyer

Professional Development Incorporated

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Rebecca R. Pallmeyer :Rule 16 conference held on 2/13/2008. Rule 26(a)(1) disclosures due by 3/7/2008. Plaintiff is given to and including 5/13/2008 to amend all pleadings, and to 5/13/2008 to add any additional parties. Defendant is given to and including 5/13/2008 to amend all pleadings, and to 5/13/2008 to add any additional parties. The audit report will be completed upon production of records by Defendants and the audit report will serve as Plaintiffs' expert report. Any other expert reports shall be disclosed by 7/18/2008. Dispositive motions with supporting memoranda due by 8/15/2008. Pretrial Order due by 9/19/2008. Status hearing set for 4/29/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.