## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7141 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund, et al vs. Professional Development Incorporated | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/27/2008. Case is dismissed without prejudice. This Court retains jurisdiction of this matter to enforce the terms of this Order. Enter Agreed Order Of Dismissal Without Prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

2008 AUG 28 PM 4:51

U.S. DISTRICT COURT
CLERK

FILED-CD1