HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., ) ) ) | |
| Plaintiffs, ) | 07 C 7141 |
| v. ) ) | Judge Pallmeyer |
| PROFESSIONAL DEVELOPMENT INCORPORATED, ) ) ) | Magistrate Nolan |
| Defendant. ) | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE coming to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to entry of this order as follows:

IT IS HEREBY ORDERED:

1. Defendant Professional Development Incorporated ("Defendant") agrees to pay the plaintiffs, Chicago Regional Council of Carpenters Pension Fund et al., ("Plaintiffs") fifteen thousand four hundred thirty-eight and 15/100 dollars ($15,438.15) as follow: (a) $7,719.07 within seven (7) days of entry of this order and (b) $7,719.08 on or before October 14, 2008.

2. Payment shall be made by certified funds payable to the Chicago Regional Council of Carpenters Trust Funds and shall be delivered to the Offices of McJessy, Ching & Thompson, 3759 N. Ravenswood, Sweet 231, Chicago, Illinois 60613 on or before the date due.

3. If Defendant fails to pay $15,438.15 as specified above, Defendant shall be considered in default of this order and, pursuant to Federal Rules of Civil Procedure 55 and 58, judgment shall be entered in favor of Plaintiffs

Chicago Regional Council of Carpenters Pension Fund, et al. and against Defendant Professional Development Incorporated, in the amount of $15,438.15, less any amounts paid after entry of this order.

4. This Court retains jurisdiction of this matter to enforce the terms of this Order.

5. This matter is hereby dismissed without prejudice.

6. The parties agree that upon final payment by Defendant, on application of any party or notice to the Court, this action will be dismissed with prejudice.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

By: _____

Kevin McJessy
McJessy, Ching & Thompson, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613

PROFESSIONAL DEVELOPMENT
INCORPORATED

By: _____

John Newton
Michael W. Hanson, PC
320 Waterstone Way, Suite 200
Joliet, IL 60431

ENTERED:

_____
Judge Pallmeyer

Date: Aug. 27, 2008